UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                      :

TIMOTHY TOOLAN, *on behalf of himself and all others* :
*similarly situated*,
                                        :

                      Plaintiff,        :           25-CV-08457 (JAV)

        -v-                       :                ORDER

NEW YORK LIFE INSURANCE AND ANNUITY   :
CORPORATION,
                                          :

                    Defendant.     :

-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The parties' proposed modifications to the Court's Model Protective Order are DENIED. While the modifications to paragraphs three, seven, eight, and twenty-one through twenty-five are acceptable, the modifications to paragraphs fourteen through eighteen are not. *See* ECF No. 25 at 1-2.

      The party filing sealed information is responsible for submitting the letter motion in support of that sealing. When the party filing sealed information has no interest in that information being sealed, the proper procedure is to note as much in the letter motion. The party who has an interest in sealing that information will then have an opportunity to submit a letter setting forth the rationale for sealing the material in question.

      The parties may resubmit a proposed protective order with the original language in paragraphs fourteen through eighteen from the Court's Model Protective Order.

      SO ORDERED.

Dated: February 18, 2026
      New York, New York                   _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge